Certificate Number: 05781-CAN-DE-037177857

Bankruptcy Case Number: 22-30687


05781-CAN-DE-037177857

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>February 12, 2023</u>, at <u>6:05</u> o'clock <u>PM PST</u>, <u>Bryan Bent</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of California</u>.

Date:   <u>February 12, 2023</u>            By:    <u>/s/Allison M Geving</u>

                                          Name:  <u>Allison M Geving</u>

                                          Title: <u>President</u>